Certificate Number: 05781-NJ-DE-041297565

Bankruptcy Case Number: 26-17874



05781-NJ-DE-041297565

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 6, 2026</u>, at <u>6:49</u> o'clock <u>PM PDT</u>, <u>Celia Dejesus</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>August 6, 2026</u>          By:     <u>/s/Allison M Geving</u>

                                     Name:  <u>Allison M Geving</u>

                                     Title:  <u>President</u>