Certificate Number: 05781-NJ-DE-041275803

Bankruptcy Case Number: 26-15346



05781-NJ-DE-041275803

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 1, 2026, at 5:38 o'clock PM PDT, John Benson completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: August 1, 2026              By:     /s/Allison M Geving

                                  Name:   Allison M Geving

                                  Title:   President